UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIDELITY NATIONAL TITLE
INSURANCE COMPANY,

      Plaintiff,

v.         Case No: 2:13-cv-203-FtM-38DNF

FEDERAL DEPOSIT INSURANCE
CORPORATION,

      Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Response to Order to Show Cause and Notice of Voluntary Dismissal Without Prejudice (Doc. #38) filed on August 12, 2013.

Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Defendant has served neither an answer nor a motion for summary judgment. Accordingly, under Rule 41(a)(1)(A)(i) Plaintiff is allowed to voluntarily dismiss the complaint.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Fidelity National Title Insurance Company's Response to Order to Show Cause and Notice of Voluntary Dismissal Without Prejudice (Doc. #38) is **GRANTED**.

(1) The Complaint against Defendant, Federal Deposit Insurance Corporation is hereby **DISMISSED without prejudice**.

(2) The Clerk of the Court is directed to terminate all pending motions, enter judgment, and close the file.

(3) Each Party shall bear its own costs and fees in connection with the instant dismissal.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of September, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record